**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Donato SANTAMARIA, Defendant–
Appellant.**

**No. 10–10225
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 19, 2011.

Suzanna Odette Etessam, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Laura S. Harper, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Donato Santamaria presents arguments that he concedes are foreclosed by *United States v. London,* 568 F.3d 553, 564 (5th Cir.2009), *cert. denied,* —— U.S. ——, 131 S.Ct. 631, 178 L.Ed.2d 507 (2010). The Supreme Court adopted the position advanced in *London. See Abbott v. United States,* —— U.S. ——, ——, 131 S.Ct. 18, 23, 178 L.Ed.2d 348 (2010) (holding that a defendant is subject to a mandatory, consecutive sentence for a conviction pursuant to 18 U.S.C. § 924(c) even if the defendant received a higher mandatory minimum on a different count of conviction). The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

